IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

NATHANIEL KEITH SINGLETON, #716045 §
§
V.                                                  §  CIVIL ACTION NO. G-02-255
§
LT. RENARD SWEET                              §

## O R D E R

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on April 13, 2005, which recommends that Defendant's Motion for Summary Judgment be denied. The Order specifically provided that the parties "shall have until April 28, 2005, in which to have written objections physically on file in the Office of the Clerk. To date, no objections have been filed.

Upon appropriate review pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(C), the Court is satisfied that there is no clear error on the face of the record in these proceedings. Accordingly, the Report and Recommendation is **ACCEPTED** in its entirety and incorporated herein by reference. It is **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED.**

**DONE** at Galveston, Texas, this the 12th day of May, 2005.

Samuel B. Kent
United States District Judge